UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**ANGELA GLODOWSKI,** as Representative of
The Estate of Amanda Glodowski, Deceased,
and as Next Friend of R.G., a minor

          **Plaintiff,**

                                                  Case No. 18-cv-151

v.

**DANIEL HEKMAN, M.D., et al.**

          **Defendants.**

---

### DEFENDANT KRISTIN M. PAGELS' NOTICE OF MOTION AND MOTION IN THE ALTERNATIVE TO STRIKE THE TESTIMONY OF PLAINTIFF'S EXPERT AND BAR PLAINTIFF FROM OFFERING EVIDENCE OR TESTIMONY FROM DR. FRED MOSS AGAINST DEFENDANT

---

      **PLEASE TAKE NOTICE** that Defendant Kristin M. Pagels, LPN, by her attorneys, Leib Knott Gaynor LLC, moves the Court pursuant to Federal Rules of Civil Procedure 26 and 37 to strike the testimony of Plaintiff's expert and bar Plaintiff from offering any evidence or testimony of Plaintiff's Monell expert, Dr. Fred Moss, against her.

      This Motion is supported by the attached Brief in Support and previously filed Declaration of Douglas S. Knott (Doc. No. 131), with attached exhibits.

Respectfully submitted,

**LEIB KNOTT GAYNOR LLC**

Dated: February 24, 2020   By: /s/ *Douglas S. Knott*
Douglas S. Knott, SBN 1001600
Charles R. Starnes, SBN 1113293
Attorneys for Defendant Kristin M. Pagels
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
Telephone: (414) 276-2102
Fax: (414) 276-2140
Email: dknott@lkglaw.net
cstarnes@lkglaw.net